UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gregoire M. Nleme, | Case No. 17-cv-0853 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Barack Obama, the Central Intelligence Agency, Mr. Patrick, and Dakota County Sheriff, | |
| Defendants. | |

This matter is before the Court on the September 28, 2017 Report and Recommendation of United States Magistrate Judge Tony L. Leung. (Dkt. 11.) No objections to the Report and Recommendation have been filed. In the absence of timely objections, this Court reviews a Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The September 28, 2017 Report and Recommendation, (Dkt. 11), is **ADOPTED**; and

2. Plaintiff's amended complaint, (Dkt. 7), is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 9, 2017               s/Wilhelmina M. Wright
                                      Wilhelmina M. Wright
                                      United States District Judge